| Date | Pleading Number | |
|---|---|---|
| 6/21/71 | 1. | MOTION FOR TRANSFER by defendants Allied Chemical Corp., E I. du Pont de Nemours & Co., Kaiser Aluminum & Chemical Corp., and Kaiser Aluminum & Chemical Sales, Inc. Supporting brief and certificate of service filed. Original & 9. |
| 6/25/71 | | Supplemental certificate of serivce for motion. |
| 8/6/71 | 2. | Response of defendant Pennwalt Corporation |
| 7/7/71 | 3. | Response of pltf. Kanze and intervenor pltf Bernard R. Horn Co. |
| 7/7/71 | | Request of Racon Inc. for ext. to 7/31 to file response. |
| 7/7/71 | | ORDER ext. time of Racon Inc. to file & service response to & incl 7/31/71. |
| 7/8/71 | 4. | RESPONSE OF Union Carbide Corp. |
| 7/8/71 | 5. | Response of Union Carbide Corp (Flas. Cases) |
| 7/9/71 | 6. | Response of Florida plaintiffs. |
| 8/2/71 | 7. | Response & brief of Racon Inc. |
| 8/6/71 | | ALLIED CHEMICAL CORP., E.I. DUPONT DE NEMOURS & CO., KAISER ALUMINUM & CHEMICAL CORP. AND KAISER ALUMINUM AND CHEMICAL SALES INC. request for an extension to file response to motion. Order entered granting extension to and including Aug. 16, 1971 for filing and serving response. Notified counsel. |
| 8/16/71 | 8 | ALLIED CHEMICAL CORP., E. I. DU PONT DE NEMOURS & CO., KAISER ALUMINUM & CHEMICAL CORP., KAISER ALUMINUM & CHEMICAL SALES, INC. Reply Brief in support of motion to transfer. |
| 8/20/71 | | CERT.AIR COND., INC. V. ALLIED CHEMICAL CORP., S.D. FLA. 71-724 DADE COUNTY V. ALLIED CHEMICAL CORP., E.D.FLA, 71 933 MARVIN E. KANZE, INC. V. AIR CONDITIONING & REFRIG WHOLESALERS., E.D. PA., 71-129 - HEARING ORDER entered today. Sent to counsel and involved judges. Set for 9/24/71 Hearing, Washington, D. C. |
| 11/18/71 | | CONSENT from Chief Judge Battisti for this litigation's assignment to the N.D. Ohio and assignment to Chief Judge Battisti for consolidated or coordinated pretrial proceedings. |
| 11/18/71 | | OPINION AND ORDER transferring A-1 through A-3 to the N.D. Ohio for assignment to Chief Judge Battisti for consolidated or coordinated pretrial proceedings. |
| 11/18/71 | | J&J CORP. V. AIR CONDITIONING & REFRIG WHOLESALERS., S.D.N.Y. 71 Civ. 4679 CTO entered tod ay. Notified counsel. Involved judges. |
| 12/6/71 | | J& J COPR. V. AIR CONDITIONING & REFRIG WHOLESALERS, S.D.N.Y. 71 Civ. 4679 CTO final today. Notified transferee clerk, transferor clerk involved judges. |

*Opinion & Order of Nov 18, 1971 334 F. Supp 996*

DOCKET NO. 76

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation *Computer ID Code 647*

# IN RE REFRIGERANT GAS ANTITRUST LITIGATION

*Chief Judge Frank J. Battisti, N.D. Ohio.*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Marvin E. Kanze, Inc. v. Airconditioning & Refrigerating Wholesalers, et al. | E.D. Pa. 71-129 | | O&O 11/18/71 | C 71-1149 |
| A-2 | Certified Air Conditioning, Inc. v. Allied Chemical Corporation, et al. | S.D. Fla. 71-724 | | O&O 11/18/71 | C 71-1150 |
| A-3 | Dade County v. Allied Chemical Corporation, et al. | S.D. Fla. 71-933 | Cabot | O&O 11/18/71 | C 71-1151 |
| B-1 | J & J Corp., etc. v. Air Conditioning & Refrigeration Wholesalers, et al. 11/18/71 | S.D. N.Y. 71 Civ 4869 (ELP) | | 12/6/71 | C 71-1216 |

*Verified correct by Transferee Clerk - April 16, 1975*

*The above 4 actions (A-1, A-2, A-3 & B-1) were dismissed on 5/30/74 per notification from Clerk's Office on statistical accounting sheet 7/76*

| | | | | | |
|---|---|---|---|---|---|
| | U.S.A. v. Air Conditioning and Refrig. Wholesalers *Consent Judgment filed 5/3/76* | N.D.OHIO C70-829 | | | Enforcement Action not involved |

Case MDL No. 76 Document 1 Filed 04/30/15 Page 3 of 7

p. 1

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 76 -- IN RE REFRIGERANT GAS ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| LIAISON COUNSEL PER LTR. FROM LAW CLERK TO JUDGE BATTISTI | |
| **LIAISON COUNSEL FOR PLAINTIFFS** | **LIAISON COUNSEL FOR DEFENDANTS** |
| Seymour Kurland, Esquire<br>Wolf, Block, Schorr & Solis-Cohen<br>Packard Building<br>Philadelphia, Pa. 19102 | George I. Meisel, Esquire<br>Squire, Sanders & Dempsey<br>1800 Union Commerce Building<br>Cleveland, Ohio 44115 |
| Mark Schlachet, Esquire<br>Zipkin & Turoff<br>Terminal Tower (Deputy Liaison<br>Cleveland, Ohio   for Pltfs.) | |

DOCKET NO. 76

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

IN RE REFRIGERANT GAS ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Seymour Kurland, Esquire<br>Wolf, Block, Schorr & Solis-Cohen<br>Packard Building<br>Philadelphia, Pennsylvania  19102 | ALLIED CHEMICAL CORPORATION<br>John B. Martin, Esquire<br>Daune, Morris & Heckscher<br>1617 Land Title Building<br>Philadelphia, Pennsylvania |
| A-2 | Frederic B. Burns, Esquire<br>Sager & Burns<br>1406 Biscayne Building<br>Miami, Florida  33130 | Denis McInerney, Esquire<br>Cahill, Gordon, Sonnett, Reindel & Ohl<br>80 Pine Street<br>New York, New York  10005 |
| A-3 | Same as A-2 above (Burns); also<br><br>Stuart L. Simon, Esquire<br>County Attorney<br>1626 Dade County Courthouse<br>Miami, Florida  33130 | E. I. duPONT de NEMOURS & CO.<br>Peter Hearn, Esquire<br>Pepper, Hamilton & Scheetz<br>2001 The Fidelity Building<br>123 South Broad Street<br>Philadelphi, Pennsylvania<br><br>Daniel M. Gribbon, Esquire<br>Covington & Burling<br>888 Sixteenth Street, N.W.<br>Washington, D.C.  20006 |
| B-1 | Alexander Hammond, Esquire<br>Hammond & Schreiber<br>2112 Broadway<br>New York, New York  10023 | William E. MacIntyre, Esquire<br>Legal Department<br>E. I. du Pont de Nemours & Co.<br>Wilimington, Delaware<br><br>KAISER ALUMINUM & CHEMICAL CORP.<br>KAISER ALUMINUM & CHEMICAL SALES, INC.<br>Edwin P. Rome, Esquire<br>Balnk, Rome, Klaus & Comisky<br>Four Penn Center Plaza<br>Philadelphi,a Pennsylvania<br><br>David L. Foster, Esquire<br>Jones, Day, Cockley & Reavis<br>1750 Union Commerce Building<br>Cleveland, Ohio  44115 |

| No. | Plaintiff | Defendant |
|---|---|---|
| | | UNION CARBIDE CORPORATION<br>Hervey Yancey, Esquire<br>Smathers & Thompson<br>1301 duPont Building<br>Miami, Florida  33131<br><br>Patrick T. Ryan, Esquire<br>Drinker, Biddle & Reath<br>1100 Philadelphia National Bank Buiindg<br>Philadelphia, Pennsylvania  19107<br><br>Ashley Cole, Esquire<br>270 Park Avenue<br>New York, New York  10017<br><br>AIRCONDITIONING AND REFRIGERATION WHOLESALERS<br>Tom Ford, Esquire<br>Calfee, Halter, Calfee, Griswold & Sommer<br>1800 Central National Bank Building<br>Cleveland, Ohio  44114<br><br>Robert L. Kendall, Jr., Esquire<br>Schnader, Harrison, Segal & Lewis<br>1719 Packard Building<br>Philadelphia, Pennsylvania<br><br>RACON INCORPORATED<br>Joseph W. Swain, Jr., Esquire<br>David L. Grove, Esquire<br>Montgomery, McCracken, Walker & Rhoads<br>Pennwalt Building<br>Three Parkway<br>Philadelphia, Pennsylvania  19102<br><br>PENNWALT CORPORATION<br>Henry Kolowrat, Esquire<br>Dechert, Price & Rhoads<br>1600 Three Penn Center Plaza<br>Philadelphia, Pennsylvania 19102<br><br>RACON, INC.<br>Blackwell, Wealker & Gray<br>First Federal Building<br>Miami, Florida 33132<br><br>KAISER ALUMINUM & CHEMICAL CORP.<br>KAISER CHEMICAL & ALUMINUM SALES INC.<br>Daniel A. Kavanaugh, Esquire<br>505 Northeast Airlines Bldg.<br>Miami, Florida  33131 |

| No. | Plaintiff | Defendant |
|---|---|---|

Docket No. 76

# ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE REFRIGERANT GAS ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
|  |  | **PENNWALT CORP**<br>Mershon, Sawyer, Johnston, Dunwody * Cole<br>1600 First National Bank Buildng<br>Miami, Florida  33131<br><br>**ALLIED CHEMICAL CORP.**<br>Walton, Lantaff, Schroeder, Carson & Wahl<br>922 A. I. duPont Building<br>Miami, Florida  33131<br><br>Ezra K. Bryan, Esquire<br>Baker, Doolittle & Patterson<br>Union Commerce Buindg<br>Cleveland, Ohio  44114<br><br>**UNION CARBIDE CORP.**<br>Ashley S. Hart, Esquire<br>270 Park Avenue<br>New York, New York  10017<br><br>George I. Meisel, Esquire<br>Squire, Sanders & Dempsey<br>1800 Union Commerce Building<br>Cleveland, Ohio  44115<br><br>**RACON CINROPORATED**<br>J. L. Weigand, Jr., Esquire<br>Weigand, Curfman, Brainderd, Harris & Kauf<br>    Kaufman<br>830 First National Bank Building<br>Wichita, Kansas  67202<br><br>**PENN WALT CORPORATION**<br>Edward D. Crocker, Esquire<br>Arter & Hadden<br>1144 Union Commerce Building<br>Cleveland, Ohio  44115 |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 76 -- IN RE REFRIGERANT GAS ANTITRIST LITIGATION

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| ✓ Airconditioning and Refrigeration Wholesalers | A-1; A-3, B-1 |
| ✓ Allied Chemical Corp. | A-1; A-2; A-3, B-1 |
| E. I. du Pont de Nemours & Co. | A-1; A-2; A-3, B-1 |
| Kaiser Aluminum & Chemical Corp. | A-1; A-2; A-3, B-1 |
| Kaiser Aluminum & Chemical Sales, Inc. | A-1; A-2; A-3, B-1 |
| Pennwalt Corp. | A-1; A-2; A-3, B-1 |
| Racon Inco. | A-1; A-2; A-3, B-1 |
| Union Carbide Corp. | A-1; A-2; A-3, B-1 |